# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES PETERSON, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | No. 11 C 5537 |
| | ) | |
| v. | ) | Judge Coleman |
| | ) | |
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, | ) ) ) ) ) | Magistrate Judge Kim |
| | ) | |
| Defendant/Counterclaimant. | ) | |

## AGREED MOTION FOR ENTRY OF JUDGMENT

Defendant/Counterclaimant Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers ("Union") respectfully moves this Court for entry of judgment, in the form attached or otherwise, against Plaintiff/Counter-Defendant Charles Peterson ("Mr. Peterson"). In support, the Union states as follows:

1. This matter involves competing claims to vacate and enforce a labor arbitration award, with jurisdiction based on 29 U.S.C. § 185.

2. The parties have agreed to entry of judgment in favor of the Union and against Mr. Peterson.

3. The proposed Judgment Order provides for dismissal with prejudice of Mr. Peterson's complaint seeking to dismiss the arbitration award and for entry of relief as requested by the Union to enforce the award against him.

4. Entry of the proposed Judgment Order will conclude this case, subject to the requested provision for the Court to retain jurisdiction for the purpose of resolving any disputes concerning compliance.

5. Mr. Peterson's attorney, Burr E. Anderson, Esq., has authorized the Union's lawyer to state that he agrees to this motion and to entry of the proposed Judgment Order that is attached.

WHEREFORE, the Union respectfully asks, with the agreement of Mr. Peterson, that the Court grant its motion and enter judgment in its favor, in the form attached or otherwise.

Respectfully submitted,

   /s/ Barry M. Bennett
Attorney for
Illinois District Council No. 1
of the International Union of Bricklayers
and Allied Craftworkers

Barry M. Bennett
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
(312) 372-1361

Z:\B -DC 1\Charles Peterson 11-5537\5.17.12 Filing\Agr Mot for Entry of Jdgmt.wpd